**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-CV- 426-DES |
| | ) | |
| 2. MARQUETTE TRANSP. CO., LLC, | ) | |
| *in personam*; | ) | |
| 3. LADY OF PERPETUAL HELP, *in rem,* | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

COMES NOW the Plaintiff, the United States of America, on behalf of the U.S. Army Corps of Engineers (the "Corps"), and submits its Complaint against the Defendant, Marquette Transportation Company, LLC ("Marquette"), *in personam* and Defendant vessel, Lady of Perpetual Help, *in rem*, and alleges upon information and belief as follows:

**NATURE OF ACTION**

1.  This is a civil action commenced under the Rivers and Harbors Act, 33 U.S.C. § 408.

2.  The Plaintiff constructed the W.D. Mayo Lock and Dam No. 14 ("L&D 14") as part of the McClellan-Kerr Arkansas River Navigation System (MKRNS), authorized by the Rivers and Harbors Act of July 24, 1946.

3.  The Plaintiff has, since its construction, maintained, operated, and controlled this lock and dam for navigation purposes.

4.  Defendant Marquette is in the business of marine transportation, towing, tugboat, and support services.

1

5.  On November 22, 2022, Defendant Marquette was navigating Defendant vessel, "Lady of Perpetual Help" through L&D 14, it struck the third alignment cell from the guard wall and caused damage in violation of 33 U.S.C. § 408.

## PARTIES

6.  Defendant Marquette is a Kentucky LLC with its principal place of business in the State of Kentucky.

7.  Defendant vessel is a tugboat called the "Lady of Perpetual Help" is owned, operated, and managed by Defendant Marquette.

8.  Plaintiff, the United States, through its agency, the Corps, built, operates, and maintains L&D 14 as part of the MKRNS, a congressionally authorized navigation system located in the Federal Waters of the United States.

## JURISDICTION AND VENUE

9.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §1345 as the district courts shall have original jurisdiction of all civil actions, suits, or proceedings commenced by the United States.

10. Venue is proper in this District pursuant to 28 U.S.C. §1391 as a substantial part of the events or omissions giving rise to the claims occurred within the Eastern District of Oklahoma.

## STATUTORY AND FACTUAL BACKGROUND

11. The Corps is a Federal Agency charged with providing engineering and other services to the United States, to include the operation and maintenance of inland and intracoastal waterway navigable channels, including commercial lock and dam sites, as well as harbors and waterways.

12. L&D 14 is located on the Arkansas River in Oklahoma and was authorized as part of the MKRNS in the Rivers and Harbors Act of 1946.

13. Plaintiff built, and currently operates and maintains L&D 14, a navigational aid on the MKRNS located in Leflore County, OK.

14. L&D 14 contains structural features such as guide walls and alignment cells.

15. An alignment cell is a structural component designed to guide vessels passing through the lock chamber and maintain the proper alignment with the navigable waterway.

16. On November 22, 2022, Defendant Lady of Perpetual Help, operated by Defendant, Marquette, was exiting Lock 14 when it struck the third alignment cell north of L&D 14's guard wall.

17. The total damage caused by the barge strike is estimated to be $10,002,596.55.

18. The rules governing the protection of navigable waterway improvements are found in the Rivers and Harbors Act, 33 U.S.C. § 408.

19. The Rivers and Harbors Act makes it unlawful for any person to destroy or obstruct any "sea wall, bulkhead, jetty, dike, levee, wharf, pier, or other work built by the United States for the preservation or improvement of any of its navigable waters or to prevent floods, or as boundary marks, tide gauges, surveying stations, buoys, or other established marks . . . ." 33 U.S.C. § 408(a).

**FIRST CAUSE OF ACTION**
**STRICT LIABILITY – VIOLATION OF 33 U.S.C. § 408**

20. Plaintiff re-alleges and incorporates by reference the assertions made in paragraphs 1 through 19.

21. On November 22, 2022, Defendant's vessel, Lady of Perpetual Help struck an alignment cell, a component of the W.D. Mayo Lock and Dam 14, which is a public work contemplated by the Rivers and Harbors Act. This incident was a violation of 33 U.S.C. § 408(a).

22. The destruction of the alignment cell has caused it to be unserviceable.

23. The Corps has incurred an estimated cost of $10,002,596.55 to replace the alignment cell.

24. In damaging and causing injury to the navigational structures set out above, defendants Marquette is strictly liable under the provisions of 33 U.S.C. § 408, to pay the United States the amount of the damage incurred for the cost of repairing the damaged navigational structures, plus interest.

25. In addition, pursuant to 33 U.S.C. § 411, Defendant Marquette is liable for a penalty of not more than $25,000.00 per day for each such incident of damage to Plaintiff's navigational structures.

**SECOND CAUSE OF ACTION**
**STRICT LIABILITY - VIOLATION OF 33 U.S.C. § 412**

26. Plaintiff re-alleges and incorporates by reference the assertions made in paragraphs 1 through 25.

27. At all material times, the Defendant vessel, Lady of Perpetual Help was a vessel "used and employed" within the meaning of 33 U.S.C. § 412.

28. In damaging Plaintiff's navigational structures set forth above, Defendant Lady of Perpetual Help is liable under 33 U.S.C. § 412, for the amount of the damage incurred for the cost of repairing the damaged navigational structures, plus interest. In addition, pursuant to 33 U.S.C. § 411, the Defendant vessel is liable for a penalty of not more than $25,000.00 per day for each incident of damage caused by the Defendant vessel to Plaintiff's navigational structures.

**WHEREFORE**, the United States of America prays as follows:

1. That Plaintiff be granted judgment against the Defendant Marquette, *in personam*, and order Marquette to pay damages in the amount of $10,002,596.55, plus interest, to the United

States, which represents the amount sufficient to repair the damaged infrastructure and rebuild it to original specifications in conformity with current Engineer Regulations;

2.    That, pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims this Court enter an order authorizing a warrant for the arrest of the tugboat LADY OF PERPETUAL HELP, together with its tackle, apparel, and appurtenances;

3.    That judgment of condemnation and sale be entered against the tugboat LADY OF PERPETUAL HELP, together with its tackle, apparel, and appurtenances;

4.    That an interlocutory sale of the tugboat LADY OF PERPETUAL HELP be issued pursuant to Rule E(9)(b) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

5.    That the tugboat LADY OF PERPETUAL HELP be sold and that the amount of the United States' claim with interest and costs be paid out of the proceeds thereof;

6.    That, for the causes set forth above and pursuant to 33 U.S.C. §§ 411 and 412, the Court decree penalties against the Defendants named herein a sum not more than $25,000.00 per day for the incident which caused damage to Plaintiff's navigational structure, as may be deemed proper by this Court; and

7.    For any such other relief as the Court deems just and proper.

Dated this 20th day of November, 2025.

Respectfully submitted,

CHRISTOPER J. WILSON
United States Attorney

*/s/ Joshua M. Mitts*
JOSHUA M. MITTS, NYB #5639786
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
918-684-5111  918-684-5130 fax
Josh.Mitts@usdoj.gov